Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
16444 Paramount Blvd., Suite 205
Paramount, CA 90723
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
MARIA GUADALUPE KNOX

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| MARIA GUADALUPE KNOX, | ) Case No.: 2:18-cv-4272 |
| | ) |
| Plaintiff; | ) **NOTICE OF SETTLEMENT** |
| | ) |
| v. | ) |
| | ) |
| REPUBLIC BANK & TRUST COMPANY; | ) |
| | ) |
| Defendant. | ) |

NOW COMES Plaintiff, MARIA GUADALUPE KNOX, through attorneys, WESTGATE LAW, and hereby notifies this Court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next sixty (60) days.

Plaintiff therefore respectfully requests this Honorable Court vacate all dates currently scheduled for the present matter.

RESPECTFULLY SUBMITTED,

DATED: July 11, 2018   WESTGATE LAW

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2018, I filed the forgoing document with the Clerk of the Court using the CM/ECF System, which provided notice of said filing to the following:

Paul A Grammatico
Katten Muchin Rosenman LLP
515 South Flower Street Suite 1000
Los Angeles, CA 90071-2212
213-443-9017
Fax: 213-443-9001
Email: paul.grammatico@kattenlaw.com

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal